UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STEPHEN A. FOLSOM** : : Plaintiff, : : v. : : **SUPERIOR COURT OF NEW JERSEY, MIDDLESEX VICINAGE** : : Defendant. : | Civil Action No. 06-cv-1651(PGS) **ORDER** |

This matter comes before the Court pursuant to Defendant's motion for summary judgment. The Court, having considered the submissions and arguments of the parties, and for the reasons set forth the Opinion and for good cause having been shown,

IT IS, on this 17th day of April, 2008,

ORDERED that the Defendant's motion for summary judgment is granted, and this case is hereby closed.

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.

April 17, 2008